```
                    FILED
              CLERK, U.S. DISTRICT COURT

                  May 4, 2015

              CENTRAL DISTRICT OF CALIFORNIA
              BY:      PG        DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY ROCKOFF, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> AXA EQUITABLE LIFE INSURANCE COMPANY; and DOES 1 through 10, <br><br> Defendant. | Case No. 2:15-cv-00967 CAS(PJWx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> [FRCP 41(a)] <br><br> [Stipulation filed concurrently] <br><br> Complaint Filed:    January 9, 2015 |

1

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 4, 2015

_____
HON. CHRISTINA A. SNYDER
United States District Judge

2